

# LAW OFFICES
## Michael Iakovou and Associates, P.C.

31-10 37th Avenue, Suite 303
Long Island City, NY 11101
Tel: (718)-545-5518
Fax: (718) 545 5087

MICHAEL IAKOVOU

OF COUNSEL:
Lauren D'Annunzio
Thais Saad

Michael Iakovou, Esq

Email: Info@IakovouLAW.com

**MEMO ENDORSED**

VIA UPS

July 5, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/16

10/12/16

Case will be referred to Magistrate Judge Ellis for discovery disputes.

*[signature]*

To: Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Metwali et al. v. APV Valet Parking Corp. et al.*
      Index no.:   1:16-cv-02440-cm

To the Clerk:

We have attempted numerous times to resolve our outstanding discovery issues with defense counsel on the above case. As such, there has been zero resolution despite our repeated efforts to facilitate via emails, phone calls and certified letters. **At this point, we respectfully request that the Court intervene as per the Civil Case Management Plan.** The Magistrate Judge assigned for discovery disputes, as per the Order, is Judge ~~Forrest~~ Ellis. Kindly advise.

Thank you for your attention in this matter.

Very truly yours,
Michael Iakovou & Associates, P.C.

By: *[signature]*
Michael Iakovou, Esq.

